IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | English, Simon | Case Number: 08 B 14145 |
|---|---|---|
| | English, Elaine M | Judge: Hollis, Pamela S |
| | Printed: 9/3/08 | Filed: 6/2/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chad M Hayward | Administrative | 1,250.00 | 0.00 |
| 2. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Bank | Secured | 30,185.78 | 0.00 |
| 5. | First Mutual Finance | Unsecured | 322.29 | 0.00 |
| 6. | Macy's | Unsecured | 93.33 | 0.00 |
| 7. | ACS | Unsecured | | No Claim Filed |
| 8. | Nicor Gas | Unsecured | | No Claim Filed |
| 9. | Direct Tv | Unsecured | | No Claim Filed |
| 10. | Grabowski & Associates | Unsecured | | No Claim Filed |
| 11. | Nicor Gas | Unsecured | | No Claim Filed |
| 12. | St Alexius Medical Center | Unsecured | | No Claim Filed |
| 13. | Northwestern Health Care | Unsecured | | No Claim Filed |
| 14. | Quorum Federal Credit Union | Unsecured | | No Claim Filed |
| 15. | 1st National Bank Of A | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,851.40 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** English, Simon
English, Elaine M
Printed: 9/3/08

Case Number: 08 B 14145
Judge: Hollis, Pamela S
Filed: 6/2/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

